```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

CARLOS A. NICHOLAS,              *
                                 *
    Plaintiff,                   *
                                 *
vs.                              *   CIVIL ACTION 06-00484-BH-B
                                 *
MICHAEL J. ASTRUE,               *
Commissioner of                  *
Social Security,                 *
                                 *
    Defendant.                   *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and the parties indicating that they do not object (Docs. 16 and 17), the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 25, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** this 13th day of June, 2007.

                                                        s/ W. B. Hand
                                        SENIOR DISTRICT JUDGE